360 A.2d 648
Commonwealth v. Belovich, Appellant.

Argued June 16, 1976. J. Martin, with him William C. Wickkiser, for appellant; Joseph V. Huber, Assistant District Attorney, and George J. Joseph, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 629
Commonwealth v. Bradley, Appellant.

Argued June 16, 1976. James B. Martin, Assistant Public Defender, for appellant; Richard J. Orloski, Assistant District Attorney, with him George J. Joseph, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.